# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SAINT AUGUSTINE'S UNIVERSITY, ) ) ) **Plaintiff,** ) ) ) v. ) ) THE SOUTHERN ASSOCIATION ) OF COLLEGES AND SCHOOLS ) COMMISSION ON COLLEGES, INC., ) ) **Defendant.** ) ) | **CIVIL ACTION FILE NO. 1:25-cv-04615-JPB** |

## ORDER GRANTING TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

THIS MATTER is before the Court on the Plaintiff's Unopposed Motion for Temporary Restraining Order.

NOW, THEREFORE, it is hereby ORDERED as follows:

(1) The Southern Association of Colleges and Schools Commission on Colleges, Inc. ("SACSCOC") is required to reinstate Plaintiff to a member on Probation;

(2) SACSCOC is hereby restrained from providing any notice to any governmental authority, including but not limited to the United States Department

of Education, that Saint Augustine's University's membership in SACSCOC has been revoked;

(3) Copies of this Order shall be sent by the parties, or either of them, in writing, by e-mail, facsimile, or other means of electronic transmission, to the United States Department of Education. Receipt of a copy of this Order shall serve as notice that Saint Augustine's University has been reinstated to membership in SACSCOC, and that Saint Augustine's University is and remains eligible to participate in all Title IV Federal Student Assistance Programs and all North Carolina Financial Aid Programs, including Programs administered by the North Carolina State Education Assistance Authority;

(4) The parties to this action shall cooperate with one another in providing notice and copies of this Order to all parties who have received notice of the action by SACSCOC removing Saint Augustine's University from membership;

(5) SACSCOC shall, as soon as practicable, but no later than twenty-four (24) hours after the entry of this Order, post notification on its website of the entry of this Order that Plaintiff, Saint Augustine's University, has been and is restored to membership in SACSCOC as a member on Probation, pending further Order of this Court; and

(6)     This Order shall remain in full force and effect and binding upon the parties, pending further Order of this Court.

**SO ORDERED** this 15th day of August, 2025.

_____
J. P. BOULEE
United States District Judge